■ In the Matter of the Arbitration between CITY OF ROCHESTER, Respondent, and AMERICAN FEDERATION OF STATE,

County and Municipal Employees, Local 1635, Appellant.— Appeal unanimously dismissed as moot, without costs. (Appeal from order of Supreme Court, Monroe County, Bergin, J.— stay arbitration.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.